# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

Robert P. Young, Jr.,
Chief Justice

149389

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHELLE R. BUTTON, f/k/a MICHELLE R. BROWN,
    Plaintiff-Appellee,

v

SC: 149389
COA: 306724
Osceola CC: 10-012170-NI

TIM BILLS TRUCKING, INC. and MICHAEL DWAYNE TYLER,
    Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the April 22, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014


Clerk

t1217